UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS HOLMES<br><br>        Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON HEALTH CARE GRIEVANCE OFFICE, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01466-JLT (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>14-DAY DEADLINE |

When Plaintiff initiated this action, he submitted a partial application to proceed *in forma pauperis*. (*See* Doc. 2.) On March 4, 2021, the Court directed Plaintiff to submit a completed application to proceed *in forma pauperis* or pay the $402 filing fee in full within thirty days from the date of the order. (Doc. 9.) The Court cautioned Plaintiff that "[f]ailure to do so will result in a recommendation that this action be dismissed." *Id.*

More than thirty days have passed, and Plaintiff has failed to file a complete IFP application or pay the $402 filing fee. Accordingly, **within 14 days of the date of service of this order,** the Plaintiff **SHALL** show cause in writing why this case should not be dismissed for failure to comply with this Court's prior order.

///

///

**The failure to comply with this order will result in findings and recommendations recommending the dismissal of this action without further notice.**

IT IS SO ORDERED.

Dated: **April 18, 2021**   /s/ Jennifer L. Thurston
   CHIEF UNITED STATES MAGISTRATE JUDGE